# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CHRISTOPHER LEE KING,<br><br>　Plaintiff,<br><br>v.<br><br>SEAN CRAWFORD, SHAWN HOWARD, and DEMETRIUS BOWENS,<br><br>　Defendants. | Case No. 4:23-cv-00072-SMR-HCA<br><br>**WITHDRAWAL OF COUNSEL** |

**COMES NOW** the undersigned and withdraws her appearance in this matter on behalf of the Defendants.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRENNA BIRD
　　　　　　　　　　　　　　　　　　Attorney General of Iowa

　　　　　　　　　　　　　　　　　　//s/*Shannon Archer*
　　　　　　　　　　　　　　　　　　Shannon Archer, AT0010259
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Office of the Attorney General of Iowa
　　　　　　　　　　　　　　　　　　1305 E. Walnut St.
　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50319
　　　　　　　　　　　　　　　　　　Phone: 515-281-8080
　　　　　　　　　　　　　　　　　　Email: Shannon.Archer@ag.iowa.gov
　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**

Original filed.
Copy to:
Scott Wadding
SEASE & WADDING
104 Southwest Fourth Street

Des Moines, IA 50309
Attorney for Plaintiff

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on December 5, 2024.<br><br>☐ U.S. Mail ☐ FAX<br>☐ Hand Delivery ☐ Overnight Courier<br>☐ Federal Express ☐ Other<br>X PACER<br><br>Signature: /s/ Jessica R. Porter |